IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANIN VASQUEZ,<br><br>Defendants. | Case Nos.: 4:21 mj-70906 KAW<br><br>[PROPOSED] ORDER TO TEMPORARILY MODIFY BOND TO ALLOW OUT-OF-DISTRICT TRAVEL |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby orders that the bonds for Andrew Wells and Janin Vasquez are modified to allow them to travel to the Eastern District of California on June 12, 2021, between the hours of 10 a.m. and 5 p.m.  All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated: June 7, 2021

HON. KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER

1